169 A.3d 989

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. TARIQ
S. GATHERS, DEFENDANT–RESPONDENT.

June 15, 2017

ORDER

It is ORDERED that the motion for leave to appeal is granted; and it is further

ORDERED that the appellant shall electronically serve and file a supplemental brief on or before July 17, 2017, and respondent shall electronically serve and file a supplemental brief thirty days (30) after the filing of appellant's supplemental submission. Supplemental briefing shall address, at a minimum, the issue of the State's ability to obtain defendant's DNA from the Combined DNA Index System (CODIS).

169 A.3d 989

STATE OF NEW JERSEY, PLAINTIFF, v. NATHAN N. SHAW, A/K/A
DION SHAW, LEROY ANDERSON, DEFENDANT. STATE OF
NEW JERSEY, PLAINTIFF, v. KEON L. BOLDEN, DEFEN-
DANT.

June 22, 2017

ORDER

It is ORDERED that the motion of the American Civil Liberties Union of New Jersey for leave to file a brief and argue as amicus curiae is granted. The parties may electronically serve and file briefs in response on or before July 21, 2017. Oral argument is limited to five minutes.